In the Matter of NATHANIEL COPELAND, Appellant, against FRIEDA S. MILLER, as Industrial Commissioner and Head of the Department of Labor of the State of New York, et al., Respondents.— Appeal from an order of the Supreme Court, Albany County Special Term, denying motion for issuance of a commission to take testimony of a witness in the United States military service now located in Germany by written interrogatories. The court was justified in

its denial of the motion. Order denying the application unanimously affirmed, without costs. Present — Hill, P. J., Heffernan, Brewster, Foster and Russell, JJ.